```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

M.Y., ET AL.,

                Plaintiffs,          23-cv-9740 (JGK)

   - against -                    ORDER

CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                Defendant.

JOHN G. KOELTL, District Judge:

    The time for the parties to update the Court regarding the status of this case is extended to **July 5, 2024**.

SO ORDERED.

Dated:    New York, New York
           June 17, 2024

                                    John G. Koeltl
                               United States District Judge