UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.Y., ET AL.,

                Plaintiffs,        23-cv-9740 (JGK)

    - against -                 ORDER

CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The time for the parties to update the Court regarding the status of this case is extended to **July 23, 2024**.

SO ORDERED.

Dated:    New York, New York
            July 10, 2024

                                       John G. Koeltl
                                United States District Judge